*E-Filed 3/21/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD R. LAFLAMME,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BLANCHARD, Warden,<br><br>　　　　Respondents.<br>_____/ | No. C 13-2934 RS (PR)<br><br>**ORDER OF DISMISSAL** |

　　The original petition was dismissed with leave to amend because it was prolix and incomprehensible. The amended petition also contains incomprehensible claims, and therefore fails to correct the serious deficiencies of the first. Because the claims are incomprehensible, the petition fails to meet the specificity and clarity requirements of *Mayle v. Felix*, 545 U.S. 644, 655 (2005). Accordingly, this habeas action is DISMISSED without prejudice. Because this dismissal is without prejudice, petitioner may file a motion to reopen the action, but any such motion must contain a petition putting forth comprehensible claims. Petitioner's motion to consolidate his actions (Docket No. 11) is DENIED as moot. The Clerk shall terminate Docket No. 11, enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED**.

DATED: March 21, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　United States District Judge